RECEIVED
IN MONROE, LA
FEB 0 8 2007
RC
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MORRIS P. ALBRITTON, ET AL. | CIVIL ACTION NO. 06-0774 |
| VERSUS | JUDGE ROBERT G. JAMES |
| INTERNATIONAL MINERALS & CHEMICAL CORPORATION, ET AL. | MAG. JUDGE KAREN L. HAYES |

# RULING

Pending before the Court is a Motion to Dismiss [Doc. No. 47] filed by Defendant International Minerals & Chemical Corporation ("IMCC"). In her January 9, 2007 Report and Recommendation [Doc. No. 57], Magistrate Judge Karen L. Hayes recommended that the Court grant IMCC's Motion to Dismiss and that Plaintiffs' claims against this Defendant be dismissed with prejudice as time-barred.

On January 22, 2007, Plaintiffs filed their "Written Objection to Magistrate's Report and Recommendation" [Doc. No. 58]. However, as pointed out by IMCC, Plaintiffs failed to make "specific, written objections to the proposed findings and recommendations" of Magistrate Judge Hayes, as required by Federal Rule of Civil Procedure 72(b) and 28 U.S.C. § 636(b)(1). Instead, Plaintiffs filed a general objection to the Report and Recommendation, relying on their previously filed memorandum in opposition to the Motion to Dismiss. The Court agrees with IMCC that this is not the type of objection contemplated by Rule 72(b) and § 636(b)(1).

Nevertheless, the issue of prescription before the Court is clear. Having reviewed the Report and Recommendation, the memoranda of counsel, and the ruling by Judge Parker of the Middle District, the Court finds that Magistrate Judge Hayes has properly applied the law and

agrees with her recommendation that Plaintiffs' claims should be dismissed as prescribed. The Court has considered the entire record in this matter and would reach the same conclusion regardless of whether the Report and Recommendation was reviewed for plain error or *de novo*. Accordingly, IMCC's Motion to Dismiss [ Doc. No. 47] is GRANTED, and Plaintiffs' claims against it are dismissed with prejudice, at plaintiff's cost, as untimely.

MONROE, LOUISIANA, this 8 day of February ,2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE