RECEIVED
IN MONROE, LA
OCT 24 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| **MORRIS P. ALBRITTON, ET AL.** | **CIVIL ACTION NO. 06-0774** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **INTERNATIONAL MINERALS & CHEMICAL CORPORATION, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 120] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct for the reasons stated in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss under Federal Rule of Civil Procedure 12(b)(6) [Doc. No. 83] and Supplemental Motion to Dismiss under Federal Rule of Civil Procedure 56 [Doc. No. 103] filed by Defendant Koch Nitrogen Company ("Koch") are hereby **GRANTED**, and the claims of Plaintiffs Eddie L. Beaver, Virgell Birden, Jr., James A. Brown, William C. Gibson, Mickey D. Haye, Bobby R. Lowery, Reginald S. Mike, Jackie D. Norton, Raymond Parks, Jerry Smith, and David Sutton against Koch are **DISMISSED WITH PREJUDICE** as prescribed.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [Doc. No. 89] filed by Koch is **DENIED**.

MONROE, LOUISIANA, this 24 day of October, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE