RECEIVED
IN MONROE, LA

OCT 25 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MORRIS P. ALBRITTON, ET AL. | CIVIL ACTION NO. 06-0774 |
| VERSUS | JUDGE ROBERT G. JAMES |
| INTERNATIONAL MINERALS & CHEMICAL CORPORATION, ET AL. | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 121] having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct for the reasons stated in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss [Doc. No. 87] filed by Defendant Angus Chemical Company ("Angus") is hereby **GRANTED**, and the claims of Plaintiffs Freddie Bynum, Henry E. Bynum, I.L. Davis, Sr., C.W. Henderson, John E. Maxey, George N. Miller, Jr., Charles E. Pace, Otha Smith, David L. Spence, and Charles Wilhite against Angus are **DISMISSED WITH PREJUDICE** as prescribed.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [Doc. No. 88] filed by Angus is **DENIED**.

MONROE, LOUISIANA, this 25 day of October, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE